```
 1  TIMOTHY COURCHAINE
    United States Attorney
 2  District of Arizona
    JULIE A. SOTTOSANTI
 3  ADAM D. ROSSI
    Assistant U.S. Attorneys
 4  United States Courthouse
    405 W. Congress Street, Suite 4800
 5  Tucson, Arizona 85701
    Telephone: 520-620-7300
 6  Email: julie.sottosanti@usdoj.gov
    Email: adam.rossi2@usdoj.gov
 7  Attorneys for Plaintiff
```

FILED
2025 MAR 12 PM 12:00
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR-24-05616-TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| vs. | |
| | VIO: 18 U.S.C. § 933(a)(3) & (b) (Trafficking in Firearms) Count 1 |
| Francisco Duray Bell, -001, Counts 1-15, | |
| Ismael Higuera-Avalos, -002, Counts 1-3, 16-28 | 18 U.S.C. § 554(a) (Conspiracy to Smuggle Goods from the United States) Count 2 |
| Ezekqio Chavez, -003, Counts 1-3 | 18 U.S.C. § 924(k)(2)(B) (Conspiracy to Smuggle Firearms Out of the United States) Count 3 |
| Carlos Martinez, -004 Counts 1-3 | |
| Brian Mendez Sotelo, -005 Counts 1-3 | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 4-35 |
| Anthony Tomas Avalos, -006 Counts 1-3 | |
| Marcus Morin, -007 Counts 1-3, 29-35 | 18 U.S.C. §§ 924(d) and 934(a)(1)(A); 28 U.S.C. § 2461(c) 50 U.S.C. § 4819(d)(1)(B) (Forfeiture Allegation) |
| Defendants. | |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about a date unknown through February 7, 2025, in the District of Arizona, Defendants FRANCISCO DURAY BELL, ISMAEL HIGUERA-AVALOS, EZEKQIO CHAVEZ, CARLOS MARTINEZ, BRIAN MENDEZ SOTELO, ANTHONY TOMAS AVALOS and MARCUS MORIN did receive, attempt to receive, and conspire to receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 554(a), 18 U.S.C. § 924(k)(2)(B), Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Section 933(a)(3) and (b).

### COUNT 2

On or about a date unknown through February 7, 2025, in the District of Arizona, Defendants FRANCISCO DURAY BELL, ISMAEL HIGUERA-AVALOS, EZEKQIO CHAVEZ, CARLOS MARTINEZ, BRIAN MENDEZ SOTELO, ANTHONY TOMAS AVALOS and MARCUS MORIN knowingly conspired and attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: firearms, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

### COUNT 3

On or about a date unknown through February 7, 2025, in the District of Arizona, Defendants FRANCISCO BELL, ISMAEL HIGUERA-AVALOS, EZEKQIO CHAVEZ, CARLOS MARTINEZ, BRIAN MENDEZ SOTELO, ANTHONY TOMAS AVALOS, and MARCUS MORIN did knowingly conspire to smuggle or take out of the United States firearms with intent to engage in or to promote conduct that constitutes a felony, to wit:

Title 18, United States Code, Sections 554(a) and 2, Smuggling of Goods from the United States, aiding and abetting.

In violation of Title 18, United States Code, Section 924(k)(2)(B).

## COUNTS 4-15

On or about the dates listed below, in the District of Arizona, the defendant, FRANCISCO DURAY BELL, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 4 | 06/12/2024 | Glockmeister | Glock G20 G4 |
| 5 | 06/13/2024 | Glockmeister | Glock G27 pistol |
| 6 | 06/28/2024 | Glockmeister | One (1) Glock G22OD pistol, and one (1) Glock G29SF pistol |
| 7 | 07/11/2024 | Glockmeister | One (1) Glock G29 Gen4, 9mm caliber, pistol and one (1) Glock G19 G5 10mm pistol |
| 8 | 07/30/2024 | S2 Armament | Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles |
| 9 | 08/03/2024 | Virtus Armament | Two (2) Pioneer Arms, model sporter, 7.62x39mm caliber rifles and one (1) Century Arms, model VSKA, 7.62x39mm caliber rifle |

*United States of America v. Francisco Duray Bell, et al.*
*Indictment Page 3 of 12*

| Count | Date | Business | Firearms |
|---|---|---|---|
| 10 | 08/03/2024 | Baseline Pawn | Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles |
| 11 | 08/03/2024 | Phoenix Gun Co. | Five (5) Century Arms, model VSKA, 7.62x39mm caliber rifle, serial numbers SV7151295, SV7151316 and SV7151542 |
| 12 | 08/03/2024 | Phoenix Gun Co. | Three (3) Century Arms, model VSKA, 7.62x39mm caliber rifle, serial numbers SV7151586, SV7151576 and SV7151655 |
| 13 | 08/04/2024 | Arizona State Armory | Three (3) Century Arms, model VSKA, 7.62x39mm caliber rifles, serial numbers SV7151790, SV151898 and SV7151896 |
| 14 | 08/04/2024 | Armor Bearer Arms | Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles |
| 15 | 08/04/2024 | Baseline Pawn | Three (3) Century Arms, model VSKA, 7.62x39mm caliber rifle |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 16-28

On or about the dates listed below, in the District of Arizona, the defendant, ISMAEL HIGUERA-AVALOS, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 16 | 5/24/2024 | Baseline Pawn | Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles |
| 17 | 5/28/2024 | Baseline Pawn | Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles |
| 18 | 06/05/2024 | S2 Armament | Pioneer Arms AK47 7.62x3939mm caliber Sporter rifle |
| 19 | 6/27/2024 | S2 Armament | One (1) Pioneer Arms AK47 7.62x39mm caliber Sporter rifle, and one (1) Century Arms, model VSKA, 7.62x39mm caliber rifle |
| 20 | 7/9/2024 | S2 Armament | One (1) Century Arms, model VSKA, 7.62x39mm caliber rifle, and one (1) Pioneer Arms AK47 7.62x39mm Sporter rifle |
| 21 | 7/16/2024 | S2 Armament | Three (3) Century Arms, model VSKA, 7.62x39mm caliber rifles |
| 22 | 7/31/2024 | S2 Armament | Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles |
| 23 | 8/2/2024 | Baseline Pawn | Three (3) Century Arms, model VSKA, 7.62x39mm caliber rifles |
| 24 | 8/3/2024 | Armor bearer arms | Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles |
| 25 | 8/3/2024 | Phoenix Gun Co. | Three (3) Century Arms, model VSKA, 7.62x39mm caliber rifles |
| 26 | 8/4/2024 | Baseline Pawn | Three (3) Century Arms, model VSKA, 7.62x39mm caliber rifles |

*United States of America v. Francisco Duray Bell, et al.*
Indictment Page 5 of 12

| | | | |
|---|---|---|---|
| 27 | 08/4/2024 | Arizona State Armory | Three (3) Century Arms VSKA 7.62 caliber rifles |
| 28 | 08/04/2024 | Virtus Armament | One (1) Pioneer Arms Corp. model Hellpup 556 NATO rifle |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 29-35

On or about the dates listed below, in the District of Arizona, the defendant, MARCUS MORIN, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| | | | |
|---|---|---|---|
| 29 | 10/2/24 | Harris Brothers Tactical | Three (3) Century Arms VSKA 7.62x39 rifles |
| 30 | 9/3/24 | Glockmeister | Two (2) Century BFT Core Rifles 7.62x39mm |
| 31 | 10/8/24 | Glockmeister | Two (2) Century Arms VSKA 7.62x39mm rifles |
| 32 | 9/3/24 | Litchfield Arsenal | One (1) Century |

*United States of America v. Francisco Duray Bell, et al.*
*Indictment Page 6 of 12*

|  |  |  | Arms VSKA 7.62x39mm rile |
|---|---|---|---|
| 33 | 10/1/24 | Ammo AZ | One (1) Century Arms Micro Draco 7.62x39mm pistol and two (2) Century Arms VSKA 7.62x39mm rifles |
| 34 | 10/8/24 | Ammo AZ | Two (2) Pioneer Arms USA Sporter 7.62x39mm rifles and one (1) Pioneer Arms Hellpup 7.62x39mm rifle |
| 35 | 10/10/24 | Ammo AZ | Three (3) Pioneer Arms USA Sporter 7.62x39mm rifles |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Thirty-Five of the Indictment, the defendants, FRANCISCO BELL, ISMAEL HIGUERA-AVALOS, EZEKQIO CHAVEZ, CARLOS MARTINEZ, BRIAN MENDEZ SOTELO, ANTHONY TOMAS AVALOS and MARCUS MORIN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

| Firearms | Serial Number(s) |
|---|---|
| Sixteen (16) Century Arms, model VSKA, 7.62x39mm caliber rifles | SV7151898, SV7148245, SV7147825, SV7148641, SV7151790, SV7148316, SV7152101, SV7151569, SV7152169, SV7152048, SV7148492, SV7151292, SV7147886, SV7150199, SV7150572, SV7151896 |
| Pioneer Arms, model HellPup, 5.56 caliber rifle | PAC24PL17852 |
| Six (6) Century Arms, 7.62x39mm caliber rifles | SV7144230, SV7159402, SV7157736, SV7157964, BFT47021421, BFT47021450 |
| Glock G20 G4 | BYNL146 |
| Glock G27 pistol | BZCV693 |
| Glock G22OD pistol | BYWE506 |
| Glock G29SF pistol | BZCX286 |
| Glock G29 Gen4, 9mm caliber, pistol | BZSK881 |
| Glock G19 G5 10mm pistol | CDDD451 |
| Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles | SV7149851, SV7149931 |
| Two (2) Pioneer Arms, model sporter, 7.62x39mm caliber rifles | PAC24PL22852, PAC24PL23112 |
| Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifle | SV151659, SV7151537 |
| Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles | SV7148367, SV7148396 |

| | |
|---|---|
| Five (5) Century Arms, model VSKA, 7.62x39mm caliber rifle | SV7151295, SV7151316, SV7151542, SV7151539, SV7151671 |
| Three (3) Century Arms, model VSKA, 7.62x39mm caliber rifle | SV7151586, SV7151576, SV7151655 |
| Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles | SV7148119, SV7147971 |
| Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles | SV7148450, SV7147781 |
| Pioneer Arms AK47 7.62x3939mm caliber Sporter rifle | PAC24PL20880 |
| Pioneer Arms AK47 7.62x39mm caliber Sporter rifle | PAC24PL20805 |
| Century Arms, model VSKA, 7.62x39mm caliber rifle | SV7150084 |
| Century Arms, model VSKA, 7.62x39mm caliber rifle | SV7149702 |
| Pioneer Arms AK47 7.62x39mm caliber Sporter rifle | PAC24PL20952 |
| Three (3) Century Arms, model VSKA, 7.62x39mm caliber rifles | SV7150062, SV7149913, SV7150058 |
| Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles | SV7151926, SV7150456 |
| Three (3) Century Arms, model VSKA, 7.62x39mm caliber rifles | SV7149114, SV7149312, SV7149293 |
| Two (2) Century Arms, model VSKA, 7.62x39mm caliber rifles | SV7150390, SV7150512 |

*United States of America v. Francisco Duray Bell, et al.*
Indictment Page 9 of 12

| | |
|---|---|
| Three (3) Century Arms VSKA 7.62x39 caliber rifles | SV7152665, SV7152594, SV7152660 |
| Two (2) Century BFT Core 7.62x39mm caliber rifles | BFT47022587, BFT47021327 |
| Two (2) Century Arms VSKA 7.62x39mm caliber rifles | SV7154706, SV7152937 |
| Century Arms VSKA 7.62x39mm caliber rifle | SV7150640 |
| Century Arms Micro Draco 7.62x39mm caliber pistol | 24PMD-53438 |
| Two (2) Century Arms VSKA 7.62x39mm caliber rifles | SV7153582, SV7153484 |
| Two (2) Pioneer Arms USA Sporter 7.62x39mm caliber rifles | PAC23PL16225, PAC24PL21805 |
| Pioneer Arms Hellpup 7.62x39mm caliber rifle | PAC24PL24951 |
| Three (3) Pioneer Arms USA Sporter 7.62x39mm caliber rifles | PAC23PL16347, PAC23PL16195, PAC23PL16291 |
| Eight (8) Pioneer Arms 7.62x39mm caliber Sporter rifles | PAC24PL22984, PAC23PL16206, PAC24PL22992, PAC23PL16162, PAC24PL22986, PAC24PL25461, PAC23PL16213, PAC24PL22953 |
| Two (2) Pioneer Arms 7.62x39mm caliber GROM rifles | PAC24PL25060, PAC24PL22096 |

*United States of America v. Francisco Duray Bell, et al.*
*Indictment Page 10 of 12*

| | |
|---|---|
| Six (6) DPMS Panther Arms 7.62x39mm caliber Anvil AK47 rifles | AVS4702544, AVS4702571, AVS4702548, AVS4702555, AVS4703147, AVS4702567 |
| Five (5) Century Arms 7.62x39mm caliber BFTE47 rifles | BFT47023404, BFT47022652, BFT47011807, BFT47022776, BFT47022119 |
| Twenty-Eight (28) Century Arms 7.62x39mm caliber VSKA rifles | SV7089691, SV7101068, SV7101085, SV7152713, SV7152540, SV7154798, SV7152506, SV7152924, SV7152433, SV7152432, SV7153571, SV7154794, SV7154808, SV7100927, SV7152974, SV7153252, SV7152711, SV7152487, SV7145341, SV7100647, SV7152503, SV7152504, SV7145423, SV7154857, SV7153205, SV7152297, SV7152532, SV7152587 |

Upon conviction of Counts One through Two of the Indictment, the defendants, EZEKQIO CHAVEZ and BRIAN MENDEZ SOTELO, shall forfeit to the United States: (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense, pursuant to Title 18, United States Code, Section 934(a)(1)(A); and (2) any property constituting or traceable to the gross proceeds taken, obtained, or retained, in connection with or as a result of the violation, pursuant to Title 50, United States Code, Section 4819(d)(1)(B), including, but not limited to: $12,192 in United States

currency and $4,185 in United States currency.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Sections 924(d) and 934(a)(1)(A), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(B), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

FOREPERSON OF THE GRAND JURY
Date: August 28, 2024

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


JULIE A. SOTTOSANTI
ADAM D. ROSSI
Assistant U.S. Attorney

*United States of America v. Francisco Duray Bell, et al.*
*Indictment Page 12 of 12*